**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1880

DONALD T. MURRAY; BRIAN J. HISSAM,

Plaintiffs - Appellants,

versus

SKY BANK,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CA-03-242-5)

Submitted: February 25, 2005      Decided: April 18, 2005

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph L. Ludovici, ARONSON, FINEMAN & DAVIS CO., LPA, East Liverpool, Ohio, for Appellants. Paul J. Walsh, III, Adam M. Barnes, WALSH, COLLIS & BLACKMER, LLC, Pittsburgh, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order enforcing a settlement agreement. We have reviewed the record and the district court's opinion and do not find that the district court abused its discretion by enforcing the agreement. See Young v. FDIC, 103 F.3d 1180, 1194 (4th Cir. 1997) (stating review standard); DeVane v. Kennedy, 519 S.E.2d 622, 630 (W. Va. 1999) (stating review standard under West Virginia law). Accordingly, we affirm on the reasoning of the district court. See Murray v. Sky Bank, No. CA-03-242-5 (N.D.W. Va. June 14, 2004). We grant the motion to submit the case on briefs because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED